UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**U.S. v. RAJERI CURRY**              **Crim No.: 19-6779(NLH)**

---

## PETITION FOR WRIT OF HABEAS CORPUS

1. **RAJERI CURRY, DOB: 11/10/1988, SBI#738102C**, (hereinafter the "Detainee") is now confined at Atlantic County Jail.

2. The Detainee will be required to appear at the United States District Court, Camden, New Jersey, before the Honorable Noel L. Hillman, United States District Judge, on **Tuesday, January 21 at 2:00pm for a STATUS HEARING**. A Writ of Habeas Corpus should be issued for that purpose.

DATED:     January 8, 2020
             Newark, NJ

                              */s/ Catherine Murphy*
                              CATHERINE MURPHY
                              Assistant United States Attorney
                              Petitioner

---

## ORDER

Let the Writ Issue.

DATED: January 8, 2020

                              Honorable Noel L. Hillman
                              UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of Atlantic County Jail

WE COMMAND YOU that you have the body of

**RAJERI CURRY, DOB: 11/01/1988, SBI: 738102C**

now confined at Atlantic County Jail, brought to the U.S. District Court in Camden, NJ, on **Tuesday, January 21, 2020, at 2:00pm, for a STATUS HEARING** in the above-captioned matter. Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

     WITNESS the Honorable Noel L. Hillman
     UNITED STATES DISTRICT JUDGE
     Camden, New Jersey

DATED:   January 8, 2020                     WILLIAM T. WALSH
                                                 Clerk of the U.S. District Court
                                                 for the District of New Jersey

                                                 Per: _____
                                                             Deputy Clerk